IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES TALBERT,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | |
| : | |
| **CORRECTIONAL DENTAL** : | **NO. 16-1408** |
| **ASSOCIATES, et al.,** : | |
| : | |
| **Defendants.** : | |

# O R D E R

**AND NOW**, this 1st day of November, 2016, upon consideration of the City of Philadelphia's motion to dismiss (Doc. No. 20),[1] **IT IS HEREBY ORDERED** that:

1. The City's motion to dismiss (Doc. No. 20) is **GRANTED without prejudice.**

2. The plaintiff may file an amended complaint within twenty (20) days of the date of this Order.

BY THE COURT

 */s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.

---

[1] Plaintiff never filed a brief in opposition to the City's motion to dismiss.