IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES TALBERT, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : |
| CORRECTIONAL DENTAL ASSOCIATES, et al., | : NO. 16-1408 |
| | : |
| Defendants. | : |

### O R D E R

**AND NOW**, this 22nd day of February, 2017, upon consideration of Correctional Dental Associate's Notice of Intent to Enter Judgment of Non Pros (Doc. No. 42), plaintiff's response thereto (Doc. No. 44), Correctional Dental Associate's Motion for Summary Judgment (Doc. No. 50), and plaintiff's response thereto (Doc. No. 53), **IT IS HEREBY ORDERED** that:

1. The Motion for Summary Judgment (Doc. No. 50) is **GRANTED**.

2. All state-law claims asserted against Correctional Dental Associates are **DISMISSED**.

3. Correctional Dental Associates remains a party to this action.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.