IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES TALBERT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 16-1408 |
| CORRECTIONAL DENTAL ASSOCIATES, *et al* | : | |

## ORDER

**AND NOW**, this 31st day of July 2017, upon considering Plaintiff's Motion for summary judgment (ECF Doc. No. 63), Defendants' Opposition (ECF Doc. No. 64), Defendants' Motion for summary judgment (ECF Doc. No. 65), Plaintiff's Opposition (ECF Doc. No. 69), following oral argument and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Motion (ECF Doc. No. 63) is **DENIED** and Defendants' Motion (ECF Doc. No. 65) is **GRANTED** as there are no general issues of material fact on any remaining legal issue and we must enter judgment as a matter of law for Defendants. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.